UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:11-cr-323-T-17TBM

BRIAN C. WEILER

**FORFEITURE MONEY JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSET**

THIS CAUSE comes before the Court upon the United States of America's Motion for:

(1)   A Forfeiture Money Judgment in the amount of $274,400.00; and

(2)   A Preliminary Order of Forfeiture for the defendant's State Professional License Number PS19949.

Being fully advised of the relevant facts, the Court hereby finds that $274,400.00 was obtained from the drug trafficking conspiracy charged in Count One to which the defendant was found guilty.

The Court further finds that the defendant's State Professional License facilitated the drug trafficking conspiracy.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with co-defendants Retsidistswe Griffith, Treshena

CASE NO 8: 11-CR-323-T-17TBM

Dixon, and any subsequently convicted co-conspirators for a forfeiture money judgment in the amount of $274,400.00.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), the defendant's professional license identified above is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this ___3RD___ day of ___MARCH___, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record

2